MEYERS v. BANK

No. 78 PC.

Case below: 21 N.C. App. 202.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

MOYE v. EURE

No. 84 PC.

Case below: 21 N.C. App. 261.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

NOLAN v. BOULWARE

No. 111 PC.

Case below: 21 N.C. App. 347.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

PRODUCE CORP. v. COVINGTON DIESEL

No. 90 PC.

Case below: 21 N.C. App. 313.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

QUICK v. CITY OF CHARLOTTE

No. 99 PC.

Case below: 21 N.C. App. 401.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.